**No. 55554.**—The Frank Tea & Spice Co. *v.* United States, protest 170426–K (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of laurel leaves similar in all material respects to those the subject of *The Levy & Levis Co., Inc.* v. *United States* (23 Cust. Ct. 8, C. D. 1180), the claim of the plaintiff was sustained.

**No. 55555.**—Becker Mayer Seed Co., Inc., et al. *v.* United States, protests 156538–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55556.**—C. A. Haynes & Co. *v.* United States, protest 159278–K (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55557.**—Allcom Co., Inc., et al. *v.* United States, protests 159293–K (B), etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55558.**—Owesen & Co., Inc. *v.* United States, protest 161726–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55559.**—Albert Bonnier Publishing House, Inc., et al. *v.* United States, protests 167664–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55560.**—Pringle Johnston Imports, Ltd. *v.* United States, protest 167851–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55561.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 169169–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.